**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VRASTON TRADING, INC., : | |
| : | |
| Plaintiff, : | |
| : | 08 Civ. 7500 (SHS) |
| - against - : | |
| : | |
| THE NASDAQ OMX GROUP, INC. : | |
| : | |
| Defendant. : | |
| VRASTON TRADING, INC., : | |
| : | |
| Plaintiff, : | |
| : | 08 Civ. 7501 (SHS) |
| - against - : | |
| : | |
| STATE STREET CORPORATION, : | |
| : | |
| Defendant. : | |
| VRASTON TRADING, INC., : | |
| : | |
| Plaintiff, : | |
| : | 08 Civ. 7502 (SHS) |
| - against - : | |
| : | |
| NYSE EURONEXT, INC., : | |
| : | |
| Defendant. : | |
| VRASTON TRADING, INC., : | |
| : | |
| Plaintiff, : | |
| : | 08 Civ. 7503 (SHS) |
| - against - : | |
| : | |
| THE DEPOSITORY TRUST & CLEARING : | |
| CORPORATION, : | |
| : | |
| Defendant. : | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 and upon the accompanying Memorandum of Law in Support of Motion to Enforce Stipulated Order and Dismiss Complaints and upon all the pleadings, papers, and proceedings in these related actions, Defendants The NASDAQ OMX Group, Inc., State Street Corporation, NYSE Euronext, Inc., and the Depository Trust & Clearing Corporation (collectively, "Defendants"), move this Court for an Order granting judgment in favor of Defendants, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated:  August 10, 2010

/s/ Hara K. Jacobs
Hara K. Jacobs (HJ-4678)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel:    (215) 864-8209
Fax:    (215) 864-8999
E-mail:  jacobsh@ballardspahr.com

Of counsel:

Stephen J. Kastenberg
Lynn E. Rzonca
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

*Attorneys for*
*The NASDAQ OMX Group, Inc.*
*Defendant in 08 Civ. 7500*

/s/ Lori A. Martin
James L. Quarles (*Admitted Pro Hac Vice*)
WILMER, CUTLER, PICKERING,
     HALE & DORR, LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel:    (202) 663-6000
Fax:   (202) 663-6363
E-mail:  james.quarles@wilmerhale.com

Lori A. Martin (LM-7125)
WILMER, CUTLER, PICKERING,
     HALE & DORR, LLP
399 Park Avenue
New York , NY 10022
Tel:    (212) 295-6412
Fax:   (212) 230-8888
E-mail:  lori.martin@wilmerhale.com

*Attorneys for*
*State Street Corporation*
*Defendant in 08 Civ. 7501*


/s/ Scott G. Lindvall
Scott G. Lindvall (SL-9628)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Tel:    (212) 836-8700
Fax:   (212) 836-6369
E-mail:  slindvall@kayescholer.com

*Attorneys for NYSE Euronext, Inc.*
*Defendant in 08 Civ. 7502*

/s/ James H. Shalek
James H. Shalek (JS-7767)
Nolan M. Goldberg (NG-4104)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Tel:      212.969.3000
Fax:     212.969.2900
E-mail:  jshalek@proskauer.com
         ngoldberg@proskauer.com

*Attorneys for The Depository
Trust & Clearing Corporation
Defendant in 08 Civ. 7503*