IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VRASTON TRADING, INC., | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 08 Civ. 7500 (SHS) |
| v. | ) ) | |
| THE NASDAQ OMX GROUP, INC., | ) ) ) | |
| Defendant. | ) ) ) | |
| VRASTON TRADING, INC., | ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 08 Civ. 7501 (SHS) |
| v. | ) ) | |
| STATE STREET CORPORATION, | ) ) | |
| Defendant. | ) ) ) | |
| VRASTON TRADING, INC., | ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 08 Civ. 7502 (SHS) |
| v. | ) ) ) | |
| NYSE EURONEXT, INC., | ) ) | |
| Defendant. | ) ) ) | |
| VRASTON TRADING, INC., | ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 08 Civ. 7503 (SHS) |
| v. | ) ) ) | |
| THE DEPOSITORY TRUST & CLEARING CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

## RESPONSE TO DEFENDANTS' MOTION AND MEMORANDUM TO ENFORCE STIPULATED ORDER AND DISMISSAL OF COMPLAINTS

This is a response to the Motion and Memorandum from the Defendants seeking to enforce a stipulated Order and to dismiss the four complaints. As correctly outlined in the Defendants' Memorandum, counsel did in fact state what was attributed to him. Counsel was unable to take a position on behalf of Vraston Trading Inc. because of the dispute which has arisen regarding who in fact owns the patent in suit. Counsel, therefore, simply wishes to state for the Court's consideration the fact that everything Defendants have set forth is correct and accurate and that Greenberg Traurig, who represents the purported owner of the patents in suit, has been served with a copy of this statement.

Dated:  August 10, 2010

Respectfully submitted,

Albert L. Jacobs, Jr. (AJ-7331)
Troutman Sanders LLP
405 Lexington Avenue
New York, NY  10174
Tel:  212 704 6086
Fax:  212 704 5903
Email: albert.jacobs@troutmansanders.com
*Attorneys for Plaintiff*

1420377v1

STATE OF NEW YORK        )
                         ) s.s.:
COUNTY OF NEW YORK       )

JADE OLSON, being duly sworn, states:

I am over 18 years of age, and I am not a party to this action. I reside in New York City, New York. On August __10__, 2010, I caused a true and correct copy of the foregoing **RESPONSE TO DEFENDANTS' MOTION AND MEMORANDUM TO ENFORCE STIPULATED ORDER AND DISMISSAL OF COMPLAINTS** to be served by Federal Express overnight mail upon the following party:

Mark L. Hogge
Thomas P. Duignan
Greenberg Traurig
2101 L Street, N.W.
Suite 1000
Washington, DC 20037
Attorneys for Ramey Lane, LLC

James H. Shalek
Nolan M. Goldberg
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Attorneys for The Depository Trust & Clearing Corporation

James L. Quarles
Lori A. Martin
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
399 Park Avenue
New York, NY 10022
Attorneys for Defendant State Street Corporation

Scott G. Lindvall
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Attorneys for Defendant NYSE Euronext, Inc.

Hara K. Jacobs
Stephen J. Kastenberg
Lynn E. Rzonca
Ballard Spahr LLP

1420395v1

Philadelphia, PA 19103
Attorneys for Defendant The NASDAQ OMX Group, Inc.

_____
JADE OLSON

Sworn to before me this
____ day of August, 2010

_____
Notary Public
MARTHA L. MATOS
NOTARY PUBLIC, State of New York
No. 01MA5003553
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Oct. 26, 20__

1420377v1